# In the United States District Court for the Southern District of Georgia Waycross Division

LATISHA JOHNSON, on behalf of her minor child K.J.J.,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CIVIL ACTION NO.: 5:16-cv-107

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 5, 2018, Report and Recommendation, dkt. no. 20, to which Plaintiff filed untimely Objections, dkt. no. 21. In her Objections, Plaintiff contends the Administrative Law Judge's ("ALJ") determination to discount the opinions of Dr. Gordana Lovrekovic is not supported by substantial evidence.

Plaintiff's Objections offer little more than a succinct reiteration of the contentions she originally presented the Court. Plaintiff's Objections, as well as her initial pleadings, serve to underscore her dissatisfaction with the ALJ's determination that her son is not disabled within the

meaning of the Social Security Act. In addition, it appears Plaintiff wishes for this Court to re-weigh the evidence presented to the ALJ, which this Court, of course, cannot do. A reviewing court does not "decide facts anew, reweigh the evidence or substitute" its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). Even if the evidence preponderates against the Commissioner's factual findings, the court must affirm a decision supported by substantial evidence. Id. As the Magistrate Judge correctly concluded, substantial evidence supports the ALJ's determination to discount Dr. Lovrekovic's opinions.

Thus, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 27 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)